UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Gregoire Magloire Nleme,<br><br>Plaintiff,<br><br>v.<br><br>Mr. Patrick; Central Intelligence Agency, Office of Public Affairs; and Dakota County Sheriff,<br><br>Defendants. | Case No. 16-cv-2096 (WMW/TNL)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

This matter is before the Court on the April 4, 2017 Report and Recommendation of United States Magistrate Judge Tony N. Leung. (Dkt. 13.) No objections to the Report and Recommendation have been filed. In the absence of timely objections, this Court reviews a Report and Recommendation for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Having reviewed the Report and Recommendation, the Court finds no clear error.

Based on the Report and Recommendation and all the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

1. The April 4, 2017 Report and Recommendation, (Dkt. 13), is **ADOPTED**.

2. Plaintiff's complaint, (Dkt. 1), is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b).

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: May 25, 2017

s/Wilhelmina M. Wright
Wilhelmina M. Wright
United States District Judge